Deborah A. Ferguson, ISB No. 5333
Email: d@fergusonlawmediation.com
The Law Office of Deborah A. Ferguson
202 N. 9th St., Suite 401 C
Boise, Idaho 83702
Telephone: (208) 484-2253

Special Master

U.S. COURTS

FEB 0 6 2013

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

DORNOCH HOLDINGS INTERNATIONAL, LLC
and DORNOCH GLOBAL, LLC,
both Nevada Liability Companies;
and SMITH INDIVIDUALS/ENTITIES I-XX.

          Plaintiffs,

vs.

CONAGRA FOODS LAMB WESTON, INC.,
a Delaware corporation; CONAGRA
INTERNATIONAL COMERCIAL Y
AGRICOLA LIMITADA,
a Chilean limited liability company;
and DOE INDIVIDUALS/ENTITIES I
through XX.

          Defendants.

Case No. 1:10-cv-00135-TJH

**NOTICE OF FILING OF PRIVILEGE LOG**

As directed by the Court's Order dated November 26, 2012 (Dkt. No. 188), the Special Master, Deborah A. Ferguson, has completed a privilege review of certain electronically stored information and a log identifying privileged documents. The privilege log of the electronically stored information is contained on a DVD and has

NOTICE OF FILING OF PRIVILEGE LOG    1

been filed with the Clerk of the Court with the filing of this notice. Counsel of record were provided access to the privilege log on February 4, 2013, through an on-line hyperlink as well a downloaded copy submitted to them from the Special Master via email. A copy of the DVD filed with the Clerk of the Court will also be mailed to counsel of record, via first class mail.

Dated this 6th day of February 2013.

                                                               /s/_____  
                                                              Deborah A. Ferguson  
                                                              Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, I served a copy of the foregoing **NOTICE OF FILING OF PRIVILEGE LOG** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Thomas A. Banducci – tbanducci@bwslawgroup.com

Wade L. Woodard – wwoodard@bwslawgroup.com

Attorneys for Plaintiffs

Nicole C. Hancock- nchancock@stoel.com

Jason E. Prince- jeprince@stoel.com

Attorneys for Defendants