# United States District Court
# District of Idaho

| | |
|---|---|
| DORNOCH HOLDINGS INTERNATIONAL, LLC, *et al.*, | 1:10-CV-00135-TJH |
| Plaintiffs, | Order |
| v. | |
| CONAGRA FOODS LAMB WESTON, INC., *et al.*, | |
| Defendants. | |

The Court has considered Plaintiffs' unopposed motion for additional trial time, together with the moving papers.

It is Ordered that the motion for additional time be, and hereby is, Denied.

Date: February 12, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge