# United States District Court
# District of Idaho

| | |
|---|---|
| DORNOCH HOLDINGS INTER-NATIONAL, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS LAMB WESTON, INC., *et al.*,<br><br>        Defendants. | 1:10-CV-00135-TJH<br><br>Order |

The Court has considered Defendant's motion to vacate the trial date of March 4, 2013, together with the moving and opposing papers.

**It is Ordered** that the motion to vacate the trial date be, and hereby is, **Granted**.

**It is further Ordered** that any contemplated motions in response to the electronically stored information received from UNISOR's bankruptcy trustee,

including, but not limited to, motions to reconsider the cross motions for summary judgment, shall be filed and served by April 1, 2013.  Opposition papers to any motion filed by April 1 shall be filed and served within fourteen (14) days of service of the motion.  Reply papers shall be filed and served within five (5) days of service of the opposing papers.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that a status conference shall be held at 10:00 a.m. on Monday, May 20, 2013.  Counsel may appear telephonically at the status conference.

Date: February 15, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge