# United States District Court
# District of Idaho

| | |
|---|---|
| DORNOCH HOLDINGS INTER-NATIONAL, LLC, *et al.*, | 1:10-CV-00135-TJH |
| Plaintiffs, | Order |
| v. | |
| CONAGRA FOODS LAMB WESTON, INC., *et al.*, | |
| Defendants. | |

The Court has considered Defendant's motion for reconsideration of the Court's order dated February 28, 2013, and Defendant's motion to expedite the motion for reconsideration, together with the moving and opposing papers.

It is Ordered that the motions be, and hereby are, Granted.

It is further Ordered that, upon reconsideration, the Court affirms its decision to grant leave to Plaintiffs to conduct discovery.

Date: March 4, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge