# United States District Court
## District of Idaho

| | |
|---|---|
| DORNOCH HOLDINGS INTERNATIONAL, LLC, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>CONAGRA FOODS LAMB WESTON, INC., *et al.*,<br><br>              Defendants. | 1:10-CV-00135-TJH<br><br>Order |

The Court has considered Plaintiffs' motion to compel [261], together with the moving and opposing papers.

**It is Ordered** that the motion be, and hereby is, **Denied**. If Mr. Hoffmann declines to voluntarily submit to a deposition in either the United States or Chile, Plaintiffs should proceed by way of Letters Rogatory.

Date: March 6, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge