# United States District Court
## District of Idaho

| | |
|---|---|
| DORNOCH HOLDINGS INTERNATIONAL, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONAGRA FOODS LAMB WESTON, INC., *et al.*, <br><br> Defendants. | 1:10-CV-00135-TJH <br><br> Order |

    The Court has considered Plaintiffs' motion to shorten time for responses to discovery [265] and motion to expedite the motion to shorten time [266], together with the moving and opposing papers.

    It is Ordered that the motion to expedite the motion to shorten time [266] be, and hereby is, Granted.

    It is further Ordered that the motion to shorten time for discovery responses [265] be, and hereby is, Denied.

Date: March 8, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge